# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| EDWARD HOTZEL, LINDA HOTZEL, | § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-00122-RWS |
| | § § | |
| ALLSTATE TEXAS LLOYD'S, | § § | |
| Defendant. | § | |

## ORDER

The Court previously scheduled a status conference on the parties' pending settlement of this action for September 19, 2024, at 11 a.m. in Texarkana, Texas. Docket No. 23. Neither Plaintiffs nor their counsel, Eric Burns Dick, appeared for the conference. Accordingly, it is

**ORDERED** that within **seven (7) days**, Plaintiffs' counsel, Eric Burns Dick, must **SHOW CAUSE** why he should not be sanctioned for failure to comply with a court order. It is further

**ORDERED** that a **SHOW CAUSE HEARING** is hereby **SET** for **October 3, 2024, at 11 a.m. in Texarkana, Texas**. Plaintiffs' counsel shall appear at the hearing. Defendant and its counsel may—but are not required to—appear.

**So ORDERED and SIGNED this 19th day of September, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE