IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| EDWARD HOTZEL, LINDA HOTZEL, § § Plaintiffs, § § v. § ALLSTATE TEXAS LLOYD'S, § § Defendant. § | CIVIL ACTION NO. 5:23-CV-00122-RWS |

## ORDER

On October 3, 2024, the Court held a hearing regarding its order for Plaintiffs' counsel to show cause why he should not be sanctioned for failing to attend a court-ordered status conference. Pursuant to the Court's ruling from the bench, it is **ORDERED** that Plaintiffs' counsel shall, within **one (1) day** of this order, contact counsel for Defendant regarding her travel costs, travel time, and hourly rate related to her appearance at the status conference Plaintiffs' counsel failed to attend.

It is further **ORDERED** that, within **seven (7) days** of this order, Plaintiffs' counsel shall reimburse opposing counsel (or her client) based on her hourly rate for up to six (6) hours of travel time and 30 minutes for the status conference. Once Plaintiffs' counsel has made such reimbursement, he shall promptly **FILE** a notice with the Court indicating that reimbursement has been made.

**So ORDERED and SIGNED this 3rd day of October, 2024.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE